# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0583

_____

MICHELE MULE,

Appellant,

v.

THE HOME DEPOT U.S.A., INC.,
HELMSMAN MGMT SERVICES and
INDEMNITY INSURANCE CO. OF
NORTH AMERICA,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Barbara Kay Case, Judge.

Date of Accident:  September 10, 2022.

June 3, 2025

PER CURIAM.

DISMISSED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————

Michele Mule, pro se, Appellant.

No appearance for Appellees.